UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN A. ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>Defendants. | No. 2:14-cv-2954 TLN DAD PS<br><br><br><br>ORDER |

    This matter was removed to this court on December 22, 2014. (Dkt. No. 1.) At that time, plaintiff was proceeding pro se and, therefore, the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On February 2, 2015, however, attorney Rita M. Lingwood filed a request to substitute into this action as counsel of record on behalf of the plaintiff and that request was granted on February 5, 2015. (Dkt. No. 15.)

    Because the plaintiff is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:14-cv-2954 TLN DAD with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated: February 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6

2

Ddad1\orders.pro se\romero2954.refer.back.docx